# UNITED STATES DISTRICT COURT
for the

Victoria Peterson
*Plaintiff(s)*

v.

North Carolina State Board of Elections
Durham County Board of Elections
Alejandra Javiera Caballero
*Defendant(s)*

Civil Action No. 1:20CV260

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Alejandra Javiera Caballero
405 Everett Pl. Durham, N.C. 27701
OR
Durham City Hall 101 City Hall Plaza Durham, N.C. 27701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Victoria Peterson
810 Ridgeway Ave
Durham, N.C. 27701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUL 0 9 2020

*Signature of Clerk or Deputy Clerk*

Pd. $30.00

PAID JUL 13 REC'D

290244

41

Civil Action No. _____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Alezandra Javiero Caballero__

was received by me on *(date)* _____

☑ I personally served the summons on the individual at *(place)* __506 Englewood Ave. Durham 27701__ on *(date)* __7-14-20__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because __Person does not live at 405 Everett P + City Hall is closed due to Covid. BLG__ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __7-14-20__

Server's signature: __B.L. Gunn 527__   BCG 9.23 12:12

Printed name and title: __B.L. Gunn, Deputy__

Server's address: __510 S. Dillard St. Durham 27701__   062087

Additional information regarding attempted service, etc:

2020 JUL 13 P 2:04   07/14/96

# UNITED STATES DISTRICT COURT
for the

Victoria Peterson
_____
Plaintiff(s)

v.

North Carolina State Board of Elections
Durham County Board of Elections
Alejandra Javiera Caballero
_____
Defendant(s)

Civil Action No. 1:20CV260

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
North Carolina State Board of Elections
430 North Salisbury St. Raleigh, N.C. 27603

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Victoria Peterson
810 Ridgeway Ave
Durham, NC 27701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUL 0 9 2020

Jamie L Shub
Signature of Clerk or Deputy Clerk

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* **JUL 1 4 2020** .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

**GERALD M. BAKER, SHERIFF**

_____
*Server's address*

Additional information regarding attempted service, etc:

408543

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Victoria Peterson
_____
Plaintiff(s)

v.   Civil Action No. 1:20CV260

North Carolina State Board of Elections
Durham County Board of Elections
Alejandra Javiera Caballero
_____
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
North Carolina State Board of Elections
430 North Salisbury St. Raleigh, N.C. 27603

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Victoria Peterson
810 Ridgeway Ave
Durham, NC 27701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUL 09 2020

_____
Signature of Clerk or Deputy Clerk

WAKE COUNTY SHERIFF'S OFFICE

Sys ID: 408543

8 IN   OUT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* **JUL 1 4 2020** .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Ernestine Watkins office adm. , who is designated by law to accept service of process on behalf of *(name of organization)* North Carolina Board of Elections on *(date)* 7-20-2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7-20-2020

Avery 03511
*Server's signature*

D Avery
*Printed name and title*

GERALD M. BAKER, SHERIFF

330 S. Salisbury St
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

_Victoria Peterson_
Plaintiff(s)

v.

_North Carolina State Board of Elections_
_Durham County Board of Elections_
_Alejandra Javiera Caballero_
Defendant(s)

Civil Action No. 1:20CV260

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Durham County Board of Elections
201 North Roxboro St. Durham, N.C. 27701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Victoria Peterson
810 Ridgeway Ave
Durham, N.C. 27701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUL 0 9 2020

_Jamie L Shutt_
Signature of Clerk or Deputy Clerk

Pd. $ 30.00   LH
PAID JUL 13 REC'D
290244
Source: 07/406
7/13/20

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☒ I personally served the summons on the individual at *(place)* Brenda Baker Assistant Director on *(date)* 7-14-20 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Brenda Baker, who is designated by law to accept service of process on behalf of *(name of organization)* Durham Board of Elections on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7-14-20

B L Gunn
*Server's signature*

B. L. Gunn  537   9:28 Deputy
*Printed name and title*

510 S. Dillard St
*Server's address*
Durham 27701
062032

Additional information regarding attempted service, etc: