Mrs. V. Peterson
810 Ridgeway Ave
Durham, N.C. 27701



U.S. POSTAGE PAID
FCM LG ENV
DURHAM, NC
27701
JUL 27, 20
AMOUNT
$1.40
R2304W121113-14

INSPECTED

RECEIVED
In This Office
JUL 29 2020
CLERK, U.S. DISTRICT COURT
GREENSBORO, NC

1024 CB

Office of The Clerk
United States District Court
324 West Market Street
Room 401
Greensboro, N.C. 27401

Case Number:
1:20-cv-00260

