THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:20-cv-00260-TDS-JLW

| | | |
|---|---|---|
| VICTORIA PETERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STATE BOARD'S** |
| v. | ) | **MOTION TO DISMISS** |
| | ) | |
| NORTH CAROLINA STATE BOARD OF | ) | **Fed. R. Civ. P. 12(b)(1) & (6)** |
| ELECTIONS; DURHAM COUNTY | ) | |
| BOARD OF ELECTIONS; ALEJANDRA | ) | |
| JAVIERA CAVALLERO, | ) | |
| | ) | |
| Defendants. | ) | |

**NOW COMES** Defendant North Carolina State Board of Elections ("State Board"),

through undersigned counsel, Special Deputy Attorney General Terence Steed, to move to dismiss

Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(1) & (6). Specifically, this Court lacks

subject matter jurisdiction over this claim and the Complaint fails to state a claim upon which

relief can be granted. In support of the motion, Defendant files a Memorandum of Law, affidavit,

and exhibits herewith.

Respectfully submitted this the 31st day of August, 2020.

> **JOSHUA H. STEIN**
> **Attorney General**
>
> /s/ Terence Steed
> Terence Steed
> Special Deputy Attorney General
> Special Litigation Section
> N.C. Department of Justice
> P.O. Box 629
> Raleigh, NC 27602-0629
> Telephone: (919) 716-6567
> Facsimile: (919) 716-6763
> E-mail: tsteed@ncdoj.gov
> N.C. State Bar No. 52809
> Attorney for the State Board

·1

Case 1:20-cv-00260-TDS-JLW   Document 27   Filed 08/31/20   Page 1 of 2

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the **STATE BOARD'S MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system which will automatically send electronic notice to all counsel of record, and on the same date I mailed a copy of same via U.S. Postal Service addressed as follows:

Victoria Peterson
810 Ridgeway Ave
Durham, NC 27701

Respectfully submitted this the 31st day of August, 2020.

/s/ Terence Steed
Terence Steed
Special Deputy Attorney General

2