# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

VICTORIA PETERSON

        Plaintiff,

v.

NORTH CAROLINA STATE
BOARD OF ELECTIONS;
DURHAM COUNTY
BOARD OF ELECTIONS;
ALEJANDRA JAVIERA CABALLERO

        Defendants.

Case No. 1:20-CV-260

**Motion Not To Dismiss Complaint**

Victoria Peterson vs. North Carolina State Board of Elections, Durham County Board of Elections, Alejandra Javiera Caballero. On August 27, 2020 I Victoria Peterson (plaintiff) received a motion to dismiss from Durham County Board of Elections (defendant) asking the court to dismiss my complaint that was filed on March 18, 2020, and amended the complaint on July 20, 2020. I received a letter from The United States District Court Middle District Clerks Office it states that I have 21 days to respond to this motion to dismiss. I am requesting from the court an additional 30 days so that I may be able to review the cases that are cited in the memorandum.

Date: 9/17/2020

Victoria Peterson

Plaintiff

CERTIFICATE OF SERVICE

This is to certify that the undersigned as this day served the foregoing notice of Motion Not To Dismiss in the above title action upon all parties to this cause by this posing a copy in the United States mail, postage prepaid to:

Durham County Board Of Election
200 East Main Street
Durham, North Carolina 27702

Attorney Willie S. Darby
P.O. Box 3508
200 East Main
Durham, North Carolina 27702

This day 17th day of September, 2020.

*Mrs. Victoria Peterson*
Plaintiff