IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
VICTORIA PETERSON                )
                                 )
            Plaintiff,           )
                                 )
      v.                         )     1:20CV260
                                 )
NORTH CAROLINA STATE BOARD OF    )
ELECTIONS; DURHAM COUNTY BOARD   )
OF ELECTIONS; ALEJANDRA          )
JAVIERA CAVALLERO,               )
                                 )
            Defendants.          )
```

## JUDGMENT

For the reasons set out in the Memorandum Opinion and Order entered contemporaneously with this Judgment,

IT IS THEREFORE ORDERED AND ADJUDGED that the Defendants' motions to dismiss (Docs. 15, 19, 27) are GRANTED and the complaint is DISMISSED WITHOUT PREJUDICE.

                                      /s/   Thomas D. Schroeder
                                    United States District Judge

December 29, 2020