FILED: July 22, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1095
(1:20-cv-00260-TDS-JLW)

_____

VICTORIA PETERSON

       Plaintiff - Appellant

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS; DURHAM COUNTY BOARD OF ELECTIONS; ALEJANDRA JAVIERA CABALLERO

       Defendants - Appellees

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                                  /s/ PATRICIA S. CONNOR, CLERK