FILED: August 13, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1095
(1:20-cv-00260-TDS-JLW)

_____

VICTORIA PETERSON

    Plaintiff - Appellant

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS; DURHAM COUNTY BOARD OF ELECTIONS; ALEJANDRA JAVIERA CABALLERO

    Defendants - Appellees

_____

M A N D A T E

_____

The judgment of this court, entered July 22, 2021, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*